FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CRAIG F. CHANLEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOHN MARSHALL, DR. BONNHEIM, CALIFORNIA MEN'S COLONY,<br><br>　　　　　Respondent. | No. SACV 08-1127-JSL (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: November 18, 2008

*Spencer Letts*
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE